IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

IN RE: )
)
**Corbitt Sloane White** ) BK. NO. 08-70280-CMS-13
)
**DEBTORS.** )

## MOTION TO SET ASIDE ORDER DISMISSING DEBTOR'S CASE
## & REQUEST FOR EXPEDITED HEARING

COMES NOW your Debtor by and through counsel of record, and moves this Honorable Court pursuant to **RULE 9024 of the Bankruptcy Rules of Procedure** and **RULE 60 of the Federal Rules of Civil Procedure** and asks this Honorable Court to enter an order setting aside the Order GRANTING the Trustee's Motion to Dismiss Debtor's case. As grounds for this motion the Debtor would state the following:

1. This Court entered an order dismissing Debtor's case September 22, 2011.

2. Debtor made payment before hearing of which counsel was not made aware.

3. Debtors request an expedited hearing because loss of collateral is an issue.

WHEREFORE, Debtor requests that Your Honor set aside said order.

Respectfully Submitted,

/s/ Eric M. Wilson
Eric M. Wilson
The Law Firm of Eric M. Wilson, L.L.C.
1902 8th Street
Tuscaloosa, AL 35401
(205) 349-1280

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

C. David Cottingham          MATRIX

By mailing a copy of the same in the U.S. Mail, or via electronic transmission.

This the 14th day of October 2011.

/s/ Eric M. Wilson